IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| LATONYA WALTON, § § § **Plaintiff**, § § **v.** § § COMMISSIONER, SOCIAL SECURITY § ADMINISTRATION, § § **Defendant.** § | CIVIL ACTION NO. 6:15-CV-01012-RC |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff LaTonya Walton initiated this civil action pursuant to Social Security Act, Section 205(g) for judicial review of the Commissioner's denial of Plaintiff's application for Social Security benefits. The case was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the decision of the Commissioner should be affirmed and the action dismissed with prejudice.

The Report and Recommendation of the Magistrate Judge (Dkt. No. 20), which contains his findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. Plaintiff has filed an objection to the Report and Recommendation (Dkt. No. 21). Specifically, Plaintiff objects to the Magistrate Judge's finding that "the ALJ correctly applied the applicable legal standards in assessing Ms. Walton's credibility." *Id.* at 1. Plaintiff reasserts her initial brief and reply brief and argues that her statements not directly related to her symptoms should not have been considered in making a credibility determination. *Id.* at 1–2. This argument was already properly considered by the Magistrate Judge. (Dkt. No. 20,

1

at 8–9.) Moreover, the record reveals that the Magistrate Judge thoroughly considered the ALJ's credibility finding in his Report and Recommendation, and found that the ALJ properly considered all relevant factors and carefully considered the objective medical evidence in rendering his credibility finding. (Dkt. No. 20, at 7–10.) As such, the Magistrate Judge did not err in finding the ALJ's credibility finding to be supported by substantial evidence.

Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly **ORDERED** that the decision of the Commissioner is **AFFIRMED** and the complaint is hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that any motion not previously ruled on is **DENIED**.

So **ORDERED** and **SIGNED** this **21** day of **July, 2017.**

_____
Ron Clark, United States District Judge